1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. a California Corporation<br>      Plaintiff,<br>vs.<br><br>JOSEPHINE BUCARO individually and dba VITO'S PIZZA & PASTA HOUSE, jointly and severally<br>      Defendant | 01-CV-9300-HLH (Rzx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on April 16, 2002 against defendant, **JOSEPHINE BUCARO individually and dba VITO'S PIZZA & PASTA HOUSE, jointly and severally** is hereby renewed on the amounts set forth below:

Page 1 of 2                                          RENEWAL OF DEFAULT JUDGMENT
                                                     Case No. 01-CV-9300-HLH (RZx)

**RENEWAL OF MONEY JUDGMENT**

|   |   |   |
|---|---|---|
| a. | Total judgment | $8,663.40 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 8,663.40 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 8,663.40 |
| g. | Interest after judgment | 2,149.82 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **10,813.22** |

DATED: 3/26/12            Clerk by  Lori Muraoka, Deputy Clerk
                                    U.S. District Court