JS - 6

**FILED: 9/18/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPHINE BUCARO ) <br> ) <br> Defendants. ) <br> _____ ) | **CASE NO. 01-9300 GHK (RZx)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:   9/18/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE